Peter J. Kasper (Mary Kasper, Assignee of Peter J. Kasper and Administratrix of Estate of Peter J. Kasper), Appellant, v. Durand-McNeil-Horner Company et al., Appellees.

Gen. No. 40,469.

Heard in second division, first district, this court at October term, 1938; opinion filed April 2, 1940. Charles M. Haft, for appellant; W. A. Morrow and Isham, Lincoln & Beale, for appellees. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''